THE PEOPLE EX REL. ASA FOOTE *v.* RALPH S. DEWEY.

*Fence viewers — question of jurisdiction only, considered on certiorari — presumption against jurisdiction, not indulged — proportion of fence to be maintained by each party.*

The provisions of the Revised Statutes * make the decision of the fence viewers final, and, on certiorari, the court is restricted to the consideration of the question of jurisdiction, and will not presume facts to exist, which take away their jurisdiction. The law † does not require each party to build one-half the fence, but a "just and equal proportion of the division fence;" ‡ that is, just and equal with reference to the cost of construction and maintenance.

CERTIORARI to the fence viewers and town clerk of the town of

* 1 R. S., 320, § 35.
† 1 R. S., p. 353, as amended by chap. 540 of the Laws of 1866.
‡ Section 30, supra; see also sections 31, 32, 43.

530 THE PEOPLE ex rel. MILLER v. COMES.

Third Department, June Term, 1874.

Sidney, Delaware county, to review proceedings for the decision of a line between relator and defendant Dewey.

*Belknap & Edson*, for the relator.

*F. B. Arnold*, for the defendant.

Opinion by Boardman, J.

Present—Miller, P. J., Boardman and James, JJ.

Proceedings affirmed, with costs.